IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SUSAN THOMAS,

                                                          ORDER

                Plaintiff,

                                                14-cv-663-bbc

    v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      The parties have filed a motion for remand under sentence four of Section 205(g) of the Social Security Act. The motion will be granted.

      On remand, plaintiff will be provided with the opportunity for a hearing and to submit additional evidence and arguments. Additionally, on remand, the Administrative Law Judge will: (1) further evaluate the opinions of the state agency psychological consultants; (2) reassess plaintiff's residual functional capacity and provide rationale with references to the record for the assessed limitations; (3) obtain supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on the occupational base and to identify national numbers in the national economy; (4) follow the guidance in Social Security Ruling 13-2p regarding substance use; and (5) issue a new decision.

ORDER

IT IS ORDERED that this case is REMANDED to the Commissioner for further action as outlined above.

Entered this 15th day of May, 2015.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge