IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SUSAN THOMAS,

    Plaintiff,	JUDGMENT IN A CIVIL CASE

  v.	Case No. 14-cv-663-bbc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

This action came before the court for consideration with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of plaintiff Susan Thomas against defendant Carolyn W. Colvin awarding plaintiff attorney fees and expenses in the amount of $4,650.54 pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412.

| s/ J. Smith, Deputy Clerk | 6/18/15 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |